PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hykine Johnson                Cr.: 07-985-01; 08-37-001
                                                PACTS Number: 43348

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, United States District Judge

Date of Original Sentence: 05/13/08

Original Offenses:   07-985-01: Conspiracy to Distribute Controlled Substance;
                     08-37-001: Attempted Robbery affecting Interstate Commerce (2 counts).

Original Sentences: 60 months imprisonment on each count to run concurrently with each other; 5 years supervised release. Conditions: Special gang condition.

Type of Supervision: Supervised release                Date Supervision Commenced: 07/02/09

## PETITIONING THE COURT

To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall be confined to his residence for a period of 6 months commencing at the direction of the U.S. Probation Office. He shall be required to be at this residence at all times except for approved absences specifically authorized by Probation. He shall wear an electronic monitoring device. The defendant shall immediately relocate outside of Essex County to a residence approved by Probation.

## CAUSE

On February 1, 2010, Johnson was questioned by New Jersey State Police. He was transporting codefendant / Blood gang member Vincent Banks at the time of a motor vehicle stop. The offender did not immediately notify Probation regarding the police questioning.

On July 14, 2011, July 28, 2011 and August 30, 2011, Johnson had telephonic contact with Bureau of Prisons inmates Omar Davis and his codefendant, Hakim Hanifah, both identified gang members. He has failed to abide by the special gang condition.

Johnson has willfully failed to comply with a Superior Court child support order; as of September 7, 2011, he maintained an arrearage of $29,942.10. Johnson had substantial sums of money which he failed to apply toward this order.

Respectfully submitted,

*Thomas Stone*

By: Thomas Stone
    Senior U.S. Probation Officer
Date: 10/17/11

PROB 12B - Page 2
Hykine Johnson

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/12/11
_____
Date